UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELINDA PRIEST | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| UNITED HEALTHCARE SERVICES, INC. | * | MAGISTRATE: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

TO:  **THE HONORABLE JUDGES OF
THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

**PLEASE TAKE NOTICE** that the Defendant, United Healthcare Services, Inc. (hereafter referred to as "United Healthcare") hereby removes the "Petition for Damages" of the Plaintiff in the suit entitled, *"Melinda Priest v. United Healthcare Services, Inc.,"* filed in the 20th Judicial District Court for the Parish of West Feliciana, State of Louisiana, to the United States District Court for the Middle District of Louisiana, on the following grounds:

1.

United Healthcare was named as a Defendant in a lawsuit filed by the Plaintiff entitled *Melinda Priest v. United Healthcare Services, Inc.,* No. 24481, Division "A" in the 20th Judicial District Court for the Parish of West Feliciana, on October 25, 2022. West Feliciana Parish is located within the jurisdiction of the Middle District of Louisiana. 28 U.S.C. § 98(b).

2.

United Healthcare first received notice of the lawsuit on November 3, 2022, when a copy of the Petition was served upon United Healthcare through its agent, the CT Corporation System. Thus, this removal is timely under 28 U.S.C. § 1446(b)(2)(B).

3.

United Healthcare is the only Defendant involved in this lawsuit and thus, there are no other parties to consent or to contact with regard to the filing of this removal pleading.

4.

Plaintiff participated in an employee welfare benefit plan sponsored by her employer, Performance Food Group.

5.

Plaintiff's Petition seeks benefits available under Section 502 of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132, and, as such, is completely preempted by ERISA. The Petition demands damages against United Healthcare for conduct related to the alleged failure to provide benefits. *See* Petition ¶¶ 4-8. Specifically, Plaintiff alleges that United Healthcare repeatedly denied treatment allegedly recommended by her physician, and seeks to recover under La. R.S. 22:1821. *Id*. at ¶ 8. This claim is one of which the Court has original jurisdiction pursuant to 29 U.S.C. § 1132 and 28 U.S.C. § 1331. By seeking relief in connection with an employee welfare benefit plan sponsored by Performance Food Group, Plaintiff unveils ERISA as the foundation of her claims. *See Wright v. Louisiana Corrugated Prod., LLC*, 59 F. Supp. 3d 767 (W.D. La. 2014); *Chatelain v. Southern Baptist Health Systems,* 907 F. Supp. 206 (E.D. La. 1995). Consequently, removal to this Court is proper pursuant to 28 U.S.C. § 1441(b).

6.

The above-described action is one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, inasmuch as the matter involves a claim for benefits under an employee welfare benefit plan, which was established pursuant to ERISA and/or involves the interpretation and clarification of the future rights of the Plaintiff under an employee

welfare benefit plan established pursuant to ERISA. ERISA preempts the state law claims contained in Plaintiff's Petition and provides the exclusive federal remedy for resolution of claims seeking to recover the cost of benefits or clarification of future rights under an employee welfare benefit plan. ERISA §§ 502(a)(2)(B) and 514, 29 U.S.C. §§ 1132(a)(1)(B) and 1144; *see also*, *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987). A cause of action filed in State Court which is preempted by ERISA and comes within the scope of § 502(a)(1) is removable to Federal Court under 28 U.S.C. § 1441, as an action arising under federal law, even when the ERISA related nature of the action does not appear on the petition's face. *Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987). Therefore, this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

7.

Attached hereto as Exhibit "A," *in globo*, are copies of all process, pleadings, and orders served upon United Healthcare in this action in State Court through the date of this "Notice of Removal."

8.

Any claims or causes of action sought to be stated by Plaintiff in her Petition, as to which district courts of the United States would not otherwise have original jurisdiction, are appropriate to be heard by this Court pursuant to the doctrine of supplemental jurisdiction, 28 U.S.C. § 1367, and removal to this Court is appropriate pursuant to applicable law, including 28 U.S.C. § 1441(c).

9.

Upon the filing of this Notice, United Healthcare has, at the same time, given written notification to Plaintiff in the State Court action, through her counsel of record, by furnishing

copies of this Notice and attachments, and further, will file simultaneously a "Notice of Removal" in the 20th Judicial District for the Parish of West Feliciana, State of Louisiana.

**THEREFORE**, Defendant, United Healthcare Services, Inc., prays that this lawsuit be removed to the United States District Court for the Middle District of Louisiana, and that this Honorable Court take and assume full and complete jurisdiction over this lawsuit; and that United Healthcare Services, Inc. be granted such other relief as this Court may deem just and proper.

        Respectfully Submitted:

        **ADAMS AND REESE LLP**

        *s/ Erica P. Sensenbrenner*
        DON S. MCKINNEY (#26685)
        ERICA P. SENSENBRENNER (#38400)
        Hancock Whitney Center – Suite 4500
        701 Poydras Street
        New Orleans, Louisiana 70139
        Telephone: (504) 581-3234
        Facsimile: (504) 566-0210
        E-Mail: don.mckinney@arlaw.com
        E-Mail: erica.sensenbrenner@arlaw.com
        Attorneys for Defendant,
          United Healthcare Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which sent notification of this filing to all counsel of record.

    *s/ Erica P. Sensenbrenner*
ERICA P. SENSENBRENNER