STATE OF LOUISIANA * PARISH OF WEST FELICIANA  # 24481  
TWENTIETH JUDICIAL DISTRICT COURT  Div. A

**MELINDA PRIEST**

FILED: October 25, 2022

**VERSUS**

**UNITED HEALTHCARE**
**SERVICES, INC.**

SPeters
DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **Melinda Priest,** domiciled in the State of Louisiana, Parish of West Feliciana, with respect represents:

**1.**

Made defendant is:

a) **UNITED HEALTHCARE SERVICES, INC. ("UNITED")** a foreign corporation doing business in the State of Louisiana, whose agent for service of process is the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, Louisiana 70809.

**2.**

Defendant is indebted to plaintiff as hereinafter set forth, with legal interest thereon from date of judicial demand until paid, and for all costs, for the following, to wit.

**3.**

On or about February 17, 2022, Plaintiff's treating neurosurgeon, Dr. Gregory Fautheree, noted that Plaintiff's lumbar spine was deteriorating rapidly, that she had failed other nonoperative treatments and that the fastest recovery would be for her to undergo a lumbar decompression and a two-level anterior lumbar interbody fusion.

**4.**

On or about March 24, 2022, United denied Dr. Fautheree's recommendations as "not medically necessary". Instead, United approved only the decompression portion of his recommendation. That procedure was performed on April 12, 2022.

**5.**

On May 2, 2022, Dr. Fautheree noted that Plaintiff was currently disabled by severe back pain and she felt like her back was unstable. Dr. Fautheree again recommended a laminotomy/foraminotomy with a two-level anterior lumbar fusion. Again, United denied the

recommended procedures as "not medically necessary" "despite her terrible degenerative findings". Instead, United only approved a decompression and a one level anterior lumbar fusion.

6.

On June 8, 2022, Dr. Fautheree noted that United denied the two-level anterior lumbar interbody fusion despite a positive peer review from United's physician. Dr. Fautheree proceeded with the one-level anterior lumbar interbody fusion after noting that Plaintiff was "at high risk for development of adjacent segment disease".

7.

As a result of United's multiple unreasonable and baseless denials of recommended treatment, Plaintiff has suffered and continues to suffer severe pain and anguish and will have to undergo future procedures and treatment to correct the medical problems Dr. Fautheree set out to fix on or about February 17, 2022.

8.

As a result of United's multiple unreasonable and baseless denials of recommended treatment, United is liable to Plaintiff under La. R.S. 22:1821 and other Louisiana statutes for damages, reasonable attorney's fees, judicial interest and court costs.

**WHEREFORE, PLAINTIFF PRAYS** that service and citation be issued to the defendant herein and that after all legal delays and due proceedings that there be judgment herein in favor of the plaintiff, **Melinda Priest** and against defendant, **United Healthcare Services, Inc.,** in an amount reasonable in the premises, with legal interest on each award thereon from date of judicial demand until paid, and for reasonable attorney's fees and all costs of these proceedings.

**RESPECTFULLY SUBMITTED:**
**NORRIS LAW FIRM, LLC**

CHRISTOPHER J. NORRIS, BAR # 34696
POST OFFICE BOX 400
8 NORTH OAK STREET
VIDALIA, LA 71373
TELEPHONE: (318) 336-1999
FACSIMILE: (318) 336-5801
EMAIL: chuck@norrisattys.com
EMAIL: chris@norrisattys.com

**ATTORNEYS FOR PLAINTIFF**

**SERVICE INFORMATION:**
**SEE PARAGRAPH 1 ABOVE**



**NORRIS LAW FIRM, LLC**
PERSONAL INJURY

www.norrisattys.com
chuck@norrisattys.com
chris@norrisattys.com

PO BOX 400
8 North Oak Street
Vidalia, LA 71373

O: 318.336.1999
F: 318.336.5801

October 19, 2022

West Feliciana Parish, Clerk of Court
Attn: Civil Filing
P.O. Box 1843
St. Francisville, LA 70775

FILED
OCT 2 5 2022
S. Peters
Dy. Clerk of Court

Re:   Melinda Priest
      vs
      United Healthcare Services, Inc.

Dear Sir/Madam:

Enclosed for filing and service:

# 24481

1. Petition for Damages.

Please conform the attached copy and mail it to back us in the enclosed envelope.

Call if any questions.

Sincerely,

Christopher J. Norris

CJN:crb
Enclosures

# CITATION

MELINDA PRIEST

Vs.

UNITED HEALTHCARE SERVICES, INC.



Case: 24481
Division: A
20th Judicial District Court
Parish of West Feliciana
State of Louisiana

To: UNITED HEALTHCARE SERVICES, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE. BATON ROUGE, LOUISIANA 70809

**YOU ARE HEREBY SUMMONED** to comply with the demand of the plaintiff's petition, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the town of St. Francisville, Louisiana, within **twenty-one (21) days** after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness my Official Hand and Seal of Office at St. Francisville, Louisiana this **25TH** day of **OCTOBER, 2022**.

Stewart B Hughes
*Clerk of Court*

_____
*Deputy Clerk of Court for Stewart B Hughes, Clerk of Court*

Attorney:
**CHRISTOPHER J. NORRIS**

---

Service Information

Received on the _____ day of _____, 20____, and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____,
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of sixteen years, living and residing in said domicile; and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____,
  this _____ day of _____, 20____.

Service  $_____             By_____
                                         *Deputy Sheriff*
Mileage $_____

Total    $_____

Return Pink Copy to: West Feliciana Clerk of Court, 4785 Prosperity St., St. Francisville, Louisiana 70775

# CITATION

**MELINDA PRIEST**

Vs.

**UNITED HEALTHCARE SERVICES, INC.**



Case: 24481
Division: A
20th Judicial District Court
Parish of West Feliciana
State of Louisiana

To: UNITED HEALTHCARE SERVICES, INC.
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE. BATON ROUGE, LOUISIANA 70809

**FILED**
NOV 14 2022
_____
Dy. Clerk of Court

**YOU ARE HEREBY SUMMONED** to comply with the demand of the plaintiff's petition, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the town of St. Francisville, Louisiana, within **twenty-one (21) days** after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness my Official Hand and Seal of Office at St. Francisville, Louisiana this **25TH** day of **OCTOBER, 2022**.

Stewart B Hughes
Clerk of Court

_S Peters_
Deputy Clerk of Court for Stewart B Hughes, Clerk of Court

Attorney:
**CHRISTOPHER J. NORRIS**

---

Service Information

Received on the _____ day of _____, 20___, and on the _____ day of _____, 20___ served the above named party as follows:

**Personal Service** on the party herein named _____,
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of sixteen years, living and residing in said domicile; and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____,
this _____ day of _____, 20___.

Service $_____    By _____
                              Deputy Sheriff
Mileage $_____

Total   $_____

Return Pink Copy to: West Feliciana Clerk of Court, 4785 Prosperity St., St. Francisville, Louisiana 70775

I made service on the named party through the Office of the Secretary of State on
**NOV 03 2022**
by tendering a copy of this document to:
**JULIE NESBITT**

**DY. M. LOCKWOOD #0803**
Deputy Sheriff, Parish of East Baton Rouge, LA

[ RETURN COPY ]

Form: 0002

# NOTICE OF SERVICE

MELINDA PRIEST

Vs.

UNITED HEALTHCARE SERVICES, INC.



Case: 24481
Division: A
20th Judicial District Court
Parish of West Feliciana
State of Louisiana

To: CHRISTOPHER J. NORRIS
　　NORRIS LAW FIRM, LLC
　　PO BOX 400
　　VIDALIA, LA  71373

**Date of Service**: THURSDAY, NOVEMBER 03, 2022

**Personal/Domiciliary**: PERSONAL ON UNITED HEALTH SERVICES, INC. THROUGH ITS AGENT FOR SERVICE OF PROCESS THROUGH ITS AGENT FOR SERVICE OF PROCESS THROUGH LOUISIANA SECRETARY OF STATE THROUGH JULIE NESBITT

**Pleading Served**: CITATION

Issued by the Clerk of Court on the **21ST** day of **NOVEMBER, 2022**.

_____
Deputy Clerk of Court for Stewart B Hughes, Clerk of Court

FOOTERAREA

Form: 0409

2481

**NORRIS LAW FIRM, LLC**
**OPERATING ACCOUNT**
P.O. BOX 400
VIDALIA, LA 71373

1747
84-243/1111

DATE 10-19-2022

PAY TO THE ORDER OF: SECRETARY OF STATE     $ 50.00

FIFTY DOLLARS AND 00/100     DOLLARS

CONCORDIA BANK & TRUST COMPANY

MEMO: MELINDA PRIEST FILING

⑈001747⑈ ⑆111102431⑆  10 4435 4⑈

---

**NORRIS LAW FIRM, LLC**
**OPERATING ACCOUNT**
P.O. BOX 400
VIDALIA, LA 71373

1748
84-243/1111

DATE 10-19-2022

PAY TO THE ORDER OF: SHERIFF SID J. GAUTREAUX III     $ 40.44

FOURTY DOLLARS AND 44/100     DOLLARS

CONCORDIA BANK & TRUST COMPANY

MELINDA PRIEST FILING

MEMO

⑈001748⑈ ⑆111102431⑆  10 4435 4⑈

Case Display

Case Information | Party Information | History Information

## Case Information

| Case Title | Date Cast | Proceeding Type | Case Number | Ledger Balance | Date Filed | Status | Division | Cash Balance | Last Deposit | Type | Last Cost | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIEST, MELINDA Vs. UNITED HEALTHCARE SERVICES, INC. | | DAMAGES | 00024481 | | 10/25/2022 | OPEN | A | | | CIVIL | | |

## Party Information

Top

| Party Type | Party Name | Attorney Firm | Attorney Name | Attorney Address | Deposits | Prepaid | Cost | Cast | Refund | Ledger | Cash Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | PRIEST, MELINDA | NORRIS LAW FIRM, LLC | NORRIS, CHRISTOPHER J. | PO BOX 400 8 NORTH OAK STREET VIDALIA, LA 71373 | | | | | | | |
| Defendant | UNITED HEALTHCARE SERVICES, INC. | UNASSIGNED | | UNASSIGNED ATTORNEY U, LA 000000000 | | | | | | | |

## History Information

| Transaction Date | Session Date | Images | Party Name | Description | Code | Check Date | Check Number | Amount | Flag |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | 11/21/2022 | | PRIEST, MELINDA | POSTAGE | CLERK | | | | Flag |
| 11/14/2022 | 11/14/2022 | 1 Pages | PRIEST, MELINDA | NOTICE OF SERVICE | CLERK | | | | Flag |
| 11/14/2022 | 11/14/2022 | 1 Pages | PRIEST, MELINDA | SHERIFFS RETURN | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | POSTAGE | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | CERTIFIED COPY | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | 1 Pages | PRIEST, MELINDA | CITATION | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | DEPOSIT By NORRIS, CHRISTOPHER J. | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | 1 Pages | PRIEST, MELINDA | DEPOSIT By NORRIS, CHRISTOPHER J. | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | LOUISIANA SUPREME COURT | OTHER | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | JUDICIAL EXPENSE FUND | OTHER | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | JUDGES SUPPLEMENTAL PAY RAISE | OTHER | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | JAMIS FEE | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | LA JUDICIAL COLLEGE | OTHER | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | INDEX AND SETUP | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | | PRIEST, MELINDA | SUPREME COURT REPORT | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | 1 Pages | PRIEST, MELINDA | LETTER | CLERK | | | | Flag |
| 10/25/2022 | 10/25/2022 | 2 Pages | PRIEST, MELINDA | PETITION FOR DAMAGES | CLERK | | | | Flag |

| 10/25/2022 | 10/25/2022 | PRIEST, MELINDA | DEPOSIT By NORRIS, CHRISTOPHER J. | CLERK | Flag |
| 10/25/2022 | 10/25/2022 | ALL PARTIES | DIVISION AUTO ASSIGNED TO: A | | Flag |
| 10/25/2022 | 10/25/2022 | ALL PARTIES | JUDGE AUTO ASSIGNED TO: KATHRYN E. JONES, JUDGE | | Flag |

Top

© 2007 - 2022 Cott Systems, Inc.
Version 1.7.23.18