**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MELINDA PRIEST** | **CIVIL ACTION** |
| **VERSUS** | |
| **UNITED HEALTHCARE SERVICES, INC.** | **NO. 22-00938-BAJ-RLB** |

## JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

Baton Rouge, Louisiana, this 4th day of January, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**